**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TIMOTHY BOOTH, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| CAPTAIN SCOTT DRISSEL, et al., | : | NO. 23-4741 |
| Defendants. | : | |

**ORDER**

AND NOW, this 8th day of January, 2024, upon consideration of Defendant Lieutenant Tamika Allen's Motion to Dismiss for Failure to State a Claim (ECF No. 14), it is hereby **ORDERED** that said Motion is **GRANTED** for the reasons set forth in this Court's January 5, 2024 Order (ECF No. 13).

This case shall remain **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**